UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21286-RS

SEVENTH CHAKRA FILMS, LLC,

    Plaintiff,

v.

FRANCESCA ALESSE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendations [DE 83], in which Magistrate Judge Lauren F. Louis recommends that Plaintiff's Motion for Entitlement to Attorney's Fees and Costs or, Alternatively, Motion for Supplemental Relief [DE 60] be granted in part and denied in part. No objections have been filed to the Report and Recommendations. Thus, having reviewed Magistrate Judge Louis's Report and Recommendations, the record, and given that no party has filed any objections to the Report and Recommendations, it is hereby,

    **ORDERED** that:

1. The Magistrate Judge's Report and Recommendations [DE 83] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Entitlement to Attorney's Fees and Costs or, Alternatively, Motion for Supplemental Relief [DE 60] is **GRANTED in part** and **DENIED in part**:

    a. Plaintiff is entitled to fees incurred in its claim for a declaratory judgment and in defending against Defendant's counterclaim of declaratory relief.

b. Plaintiff is entitled to costs incurred that are incidental and necessary to its claim under the Copyright Act, 17 U.S.C. § 505.

c. Plaintiff is entitled to recover reasonable attorney's fees and court costs incurred in its claim for civil theft.

d. Plaintiff is not entitled to recover fees incurred in the state court action.

e. The Motion is granted as to the bifurcation of the entitlement phase from the fee amount phase for motions for attorney's fees.

3. Any motions for attorney's fees specifically as to the fee amount phase shall be filed on or before <u>November 16, 2023</u>.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of November, 2023.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record