**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-21286-CIV-SMITH**

SEVENTH CHAKRA FILMS, LLC,

       Plaintiff,

v.

FRANCESA ALESSE,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 100], in which the Magistrate Judge recommends granting in part Plaintiff's Verified Motion for Amount of Attorneys' Fees and Costs [DE 85] and that Plaintiff be awarded its reasonable attorneys' fees and costs for a combined amount of $95,747.90. Plaintiff filed a Notice of Non-Objection to the Report and Recommendation Announced in Open Court [DE 99]. Accordingly, having reviewed the Report and Recommendation, the motion, the record, Plaintiff's Notice of Non-Objection [DE 99], and given that there are no objections, it is

**ORDERED** that

1.    The Magistrate Judge's Report and Recommendation to District Judge [DE 100] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2.    Plaintiff's Verified Motion for Award of Attorneys' Fees and Costs [DE 85] is **GRANTED in part**. Plaintiff is awarded $95,747.90 in attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of September, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All parties of record